Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 (fax)
Attorneys for Plaintiffs
Virgil Boutwell; Wynelle Davis; Stan Downey; Robert Dudzinski; O'dell Glass; Irene Johnson; David McBrayer; Aurelia Pitts; Geraldine Richardson; Gerald Robinson; John Savage; Nellie Stroecker; George Traweek; Juanell Wilkes; and Willie Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

| | |
|---|---|
| Virgil Boutwell | 06 3495 |
| Wynelle Davis | 06-0880 |
| Stan Downey | 05 4495 |
| Robert Dudzinski | 06- 0880 |
| O'dell Glass | 06 2865 |
| Irene Johnson | 06 0370 |
| David McBrayer | 06 1710 |
| Aurelia Pitts | 06 2331 |
| Geraldine Richardson | 06 0880 |
| Gerald Robinson | 06 2331 |
| John Savage | 06 2865 |
| Nellie Stroecker | 06 0370 |
| George Traweek | 06 2865 |
| Juanell Wilkes | 06 1710 |
| Willie Williams | 06 0370 |

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the above-referenced Plaintiffs and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: October 12, 2006. PITTMAN, DUTTON, KIRBY & HELLUMS

By: ______________________
Elisabeth French
Attorneys for Plaintiffs, Virgil Boutwell; Wynelle Davis; Stan Downey; Robert Dudzinski; O'dell Glass; Irene Johnson; David McBrayer; Aurelia Pitts; Geraldine Richardson; Gerald Robinson; John Savage; Nellie Stroecker; George Traweek; Juanell Wilkes; and Willie Williams

DATED: October 12, 2006. GORDON & REES

By: ______________________
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 20, 2006

Hon. Charles R. Breyer
United States D...