1  Elisabeth French
   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2  1100 Park Place Tower
   Birmingham, AL 35203
3  (205) 322-8880
   (205) 328-2711 (fax)
4  Attorneys for Plaintiff,
   William Long

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| William Long          06-0370<br>            Plaintiff,<br>        vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff William Long and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: October 24, 2006.   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

By: *Elisabeth French*
Elisabeth French
Attorney for Plaintiff
Henry Carroll

DATED: October 24, 2006.   GORDON & REES

By: *Stuart M. Gordon*
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 27, 2006

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)*