Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-0370<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CHARLOTTE WOODRUFF, as Personal Representative of the Estate of Aline Franklin, deceased<br>         Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, CHARLOTTE WOODRUFF and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

DATED: 4/28, 2009        By: _____
                              Tom Dutton
                              PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                              2001 Park Place North, Suite 1100
                              Birmingham, AL 35203
                              Telephone: (205) 322-8880
                              Facsimile: (205) 328-2711

                              Attorney for Plaintiff

DATED: Sept. 28, 2009    By: _____

                              DLA PIPER LLP (US)
                              1251 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
                              *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09           _____
                         Hon. Charles R. Breyer
                         United States

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA